Mahir T. Sherif (SB# 135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA 92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115

Attorney for Defendant, Guillermo Diaz-Fregoso

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Irma E. Gonzalez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO DIAZ-FREGOSO,<br><br>Defendant. | Case No.: 08-CR-0521-001-IEG<br><br>ACKNOWLEDGEMENT<br><br>Sentencing: July 21, 2007<br>Time:         9:00 a.m.<br>Honorable:   Irma E. Gonzalez |

I, GUILLERMO DIAZ-FREGOSO, by signing below, hereby acknowledge that I am the defendant in the above case. I am fully aware and informed that the sentencing hearing scheduled for June 2, 2008 has been rescheduled for <u>July 21, 2008 at 9:00 a.m.</u> in Courtroom 1 before Honorable Irma E. Gonzalez.

DATED: 5/24/08         :    BY: _____
                                    Guillermo Diaz-Fregoso
                                    Defendant

# CERTIFICATE OF SERVICE

I hereby declare a copy of DEFENDANT'S ACKNOWLEDGEMENT was served electronically on the following parties this 2nd day of June, 2008, via the CM/ECF system:

**Paul S Cook**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-7381
Email: Paul.Cook@usdoj.gov

Dated: June 2, 2008                           Respectfully Submitted,


                                              By: s/Mahir T. Sherif
                                                  Mahir T. Sherif
                                                  mahirsherif@sbcglobal.net
                                                  Attorney for Defendant